**Entered on Docket**
**October 07, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-15AR
09-75844

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-21010-lbr |
| Clayton Alan Shanor and Lisa Marie Shanor | Date: 9/15/09<br>Time: 1:30pm |
| | Chapter 13 |
| Debtor. | |

1

## ORDER VACATING AUTOMATIC STAY

2      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

3   above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

4   Secured Creditor U.S. Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust

5
6   2007-15AR, its assignees and/or successors in interest, of the subject property, generally described as

7   8604 Lakota Street, Las Vegas, NV 89123.

8      IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

9   Debtors and Trustee at least five business days' notice of the time, place and date of sale.

10     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

11  withdraws its secured Proof of Claim filed in this matter.

12      DATED this _____ day of _____, 2009.

13  Submitted by:
    **WILDE & ASSOCIATES**
14

15  By _____ #10235
16      **GREGORY L. WILDE, ESQ.**
        Attorney for Secured Creditor
17      208 South Jones Boulevard
        Las Vegas, Nevada 89107
18

19  APPROVED / DISAPPROVED

20  _____
    Laura L. Fritz
21  625 South Sixth Street
    Las Vegas, NV 89101
22  Attorney for Debtor(s)

23  APPROVED / DISAPPROVED

24  _____
25  Rick A. Yarnall
    701 Bridger Avenue #820
26  Las Vegas, NV  89101
    Chapter 13 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _X_ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _X_ failed to respond to the document

Other Party:_____

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:

_/s/ Gregory L. Wilde, Esq._
Gregory L. Wilde, Esq.
Attorney for Secured Creditor